```
HUGH ANTHONY LEVINE (CBN 69857)
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 732-6101
Facsimile: (415) 255-7264
Email: halesq@ix.netcom.com
```

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CR08-0790-PJH |
|---|---|
| Plaintiff, | [~~PROPOSED~~] STIPULATED ORDER CONTINUING SENTENCING DATE. |
| vs. | |
| PRINCE DEAN, | |
| Defendant. | |

The date of May 27, 2009 having been set for sentencing in this matter on the assumption that the defendant would have completed the New Bridge program on May 13th and thus would have two weeks in which to get married and get his affairs in order in advance of sentencing; and it now appearing that the actual date for his completion of the program will be May 27th, and the parties having stipulated that for this reason good cause exists

1

1  to continue the sentencing date for not less than two weeks after
2  May 27th, and counsel for both parties being available on either
3  June 10th or June 17th,
4      IT IS HEREBY ORDERED that the date for sentencing is
5  rescheduled to June __17__, 2009, at 2:30 p.m.

_____
PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

SO STIPULATED AND AGREED:

_____/S/_____

ANDREW P. CAPUTO
Assistant U.S. Attorney


_____/S/_____

HUGH ANTHONY LEVINE
Attorney for Defendant

2